IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KOKILA VADHER,

    Petitioner,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security
Administration

    Respondent.

CIVIL ACTION
NO. 17-2700

## **ORDER**

**AND NOW**, this 24th day of August, 2018, upon considering Petitioner's Brief and Statement of Issues in Support of Petitioner's Request for Review (Docket No. 16), all supporting and opposing papers, the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa (Docket No. 22), and the objections filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation of United States Chief Magistrate Linda K. Caracappa (Docket No. 22) is **APPROVED** and **ADOPTED**.

2. Petitioner's Request for Review of the decision of the Commissioner of the Social Security Administration (Docket No. 16) is **DENIED**.

3. Judgment is entered in favor of Respondent, Nancy A. Berryhill, Acting Commissioner of Social Security Administration, and against Petitioner Kokila Vadher.

4. The Clerk of Court shall close this matter.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.